UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

George J. Meyers, IV, Pro Se,

                Plaintiff,               26 Civ. 01130  (KMK)(VR)

     -against-

Town of New Windsor, et al.,           CALENDAR NOTICE

                Defendants.
-----------------------------------------------------X

       Please take notice that the above captioned action has been scheduled for a status

conference before the Honorable Kenneth M. Karas, United States District Judge, on Tuesday,

May 26, 2026 at 2:30 p.m.

NOTICE OF TELECONFERENCE INFORMATION: Counsel shall call the following number
at the designated time:

Meeting Dial-In Number (USA toll-free): (605) 472-5160   Access Code: 4653066

Counsel involved in any Pro Se cases shall mail a copy of this Notice to or otherwise inform the
Pro Se party of the above teleconference information.  Counsel in any Pro Se inmate cases shall
ensure that the Pro Se party is on the line before calling the above-referenced number. Any
requests for adjournments should be filed as soon as possible and clearly explain why the
conference should be adjourned.

Dated: May 13, 2026
      White Plains, New York

                             So Ordered

                                            
                              Kenneth M. Karas, U.S.D.J