Case 7:26-cv-01130-KMK Document 25 Filed 08/07/26 Page 1 of 1

KEANE & BEANE P.C.
ATTORNEYS AT LAW

■ Westchester
445 Hamilton Avenue
Suite 1500
White Plains, NY 10601
Phone 914.946.4777

■ Long Island
534 Broadhollow Road
Suite 460
Melville, NY 11747
Phone 631.776.5910

■ Mid-Hudson
200 Westage Business Center
Suite 120
Fishkill, NY 12524
Phone 845.896.0120

■ New York City
60 East 42nd Street
Suite 810
New York, NY 10165
Phone 646.794.5747

August 7, 2026

VIA ECF

Hon. Kenneth M. Karas U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

**LANCE H. KLEIN**
Principal Member
lklein@kblaw.com

Re: *George J. Meyers IV v. Town of New Windsor, et al.*
Index No. 26 Civ. 01130 (KMK)(VR)

Dear Judge Karas:

Keane & Beane, P.C., represents Defendants, the Town of New Windsor, Stephen Bedetti, individually and in his official capacity as Town Supervisor, and David Zagon, individually and in his official capacity as Town Attorney. Consistent with Your Honor's Individual Practice Rules, we respectfully request a brief extension of time to file the Defendants' motion to dismiss due to attorney work and vacation schedules.

This is the first request to extend the briefing schedule for Defendants' motion to dismiss. I have consulted with Plaintiff, who consents to the requested three (3) week extension. On consent of all parties, we request the following amended briefing schedule:

1) Defendants' moving papers to be filed on September 18, 2026 (originally, August 28, 2026)

2) Plaintiff's opposition papers to be filed on October 21, 2026 (originally, September 30, 2026); and

3) Defendants' reply papers to be filed on November 5 (originally, October 15, 2026).

Thank you for your consideration.

Granted.

So Ordered.

8/7/26

Respectfully submitted,

*Lance H Klein*

Lance H. Klein

LHK/
cc: George J. Meyers IV (via ECF & e-mail)